### NEAGLE v. STATE.
#### No. 21653.

Court of Criminal Appeals of Texas.

Oct. 29, 1941.

W. S. Foster, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of theft of one head of cattle, and his punishment assessed at two years' confinement in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

### MILLER v. STATE.
#### No. 21692.

Court of Criminal Appeals of Texas.

Oct. 29, 1941.

J. B. Clegg, of Trinity, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted on a charge of assault to murder and given a penalty of five years in the state penitentiary.

The procedure appears to be regular. No statement of facts or bills of exception are presented, and there is nothing for this court to review.

The judgment of the trial court is affirmed.